UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATALIN HORVATH, | 1:05-cv-00416-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 6) |
| vs. | |
| INS, | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE** |
| Defendant. | |

Plaintiff Katalin Horvath ("plaintiff") is a detainee in the custody of the Immigration and Naturalization Service, and is proceeding pro se in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 14, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On May 11, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6 Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed April 14, 2005,
8 is ADOPTED IN FULL; and,
9    2.   This action is DISMISSED, without prejudice, for
10 plaintiff's failure to state a claim upon which relief may be
11 granted under section 1983, Bivens, or the FTCA.
12 IT IS SO ORDERED.
13 **Dated:   June 21, 2005**                    **/s/ Oliver W. Wanger**
   emm0d6                              UNITED STATES DISTRICT JUDGE